# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. CR 1-02-073 |
| | : | Judge Susan J. Dlott |
| Plaintiff | : | |
| v. | : | |
| RONALD KORMAN | : | |
| Defendant | : | |

*Denied. There is no provision in federal law that permits expungement.*

*Susan J. Dlott 10/5/06*

## DEFENDANT'S MOTION FOR EXPUNGEMENT

Now comes the Defendant, by and through counsel, and moves the Court to expunge the record of arrest in the above captioned matter. Defendant submits the following information to aid the Court in its investigation.

Current Address:

Current Phone Number:
Social Security No.:
Date of Birth:                     '1938
Charge:                            Violation of Clean Water Act
Date of conviction:               7/10/2001
Arresting Agency:                 Ohio Environmental Protection Agency

Defendant further states that more than one year has passed since the date of final discharge and that there are no prior or subsequent convictions to bar expungement.

-1-